# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 21-mj-04602-MDD |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Manuel Alfonso Arellano | Booking No. 03568506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  11/29/2021
the Court entered the following order:

[X] Defendant be released from custody.

[ ] Defendant placed on supervised / unsupervised probation / supervised release.

[ ] Defendant continued on supervised / unsupervised probation / supervised release.

[X] Defendant released on  $15,000 P/S  Bond posted.

[ ] Defendant appeared in Court. FINGERPRINT & RELEASE.

[ ] Defendant remanded and (_____ bond ) (_____ bond on appeal ) exonerated.

[ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.

[ ] Bench Warrant Recalled.

[ ] Defendant forfeited collateral.

[ ] Case dismissed.

[ ] Case dismissed, charges pending in case no.

[ ] Defendant to be release to Pretrial Services for electronic monitoring.

[ ] Other.

MITCHELL D. DEMBIN
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by  D. Sutton  x. 5973

Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original

| | |
|---|---|
| **From:** | |
| **To:** | Danielle Sutton |
| **Subject:** | Read: 21mj4602 ABSTRACT (Manuel Alfonso Arellano) |
| **Date:** | Monday, November 29, 2021 2:00:47 PM |
| **Attachments:** | Read 21mj4602 ABSTRACT (Manuel Alfonso Arellano).msg |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.