```
1   RANDY GROSSMAN
    United States Attorney
2   Bianca Calderon-Peñaloza
3   Assistant U.S. Attorney
    California Bar No. 324498
4   Office of the U.S. Attorney
    880 Front Street, Room 6293
5   San Diego, CA 92101
    Tel: (619) 546-8573
6   Fax: (619) 546-0510
    Email: bianca.calderon-penaloza@usdoj.gov
7   Attorneys for the United States
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-3474-BAS |
|---|---|
| Plaintiff, | Date: June 27, 2022<br>Time: 9:00 am |
| v. | |
| MANUEL ALFONSO ARRELLANO | **THE UNITED STATES' SENTENCING SUMMARY CHART AND MOTION UNDER USSG § 3E1.1(b)** |
| Defendant. | |

The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, RANDY GROSSMAN, United States Attorney, and Bianca Calderon-Peñaloza, Assistant U.S. Attorney, hereby files its Sentencing Summary Chart and Motion under USSG § 3E1.1(b), which is based upon the files and records of this case.

DATED: June 17, 2022                    Respectfully submitted,

                                        RANDY GROSSMAN
                                        United States Attorney

                                        */s/ Bianca Calderon-Peñaloza*
                                        Bianca Calderon-Peñaloza
                                        Assistant U.S. Attorney
                                        United States of America

# SENTENCING SUMMARY CHART
[☒ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]

USPO ☐
AUSA ☒
DEF ☐

**Sentencing Date:** June 27, 2022

Defendant's Name: MANUEL ALFONSO ARRELLANO   Docket No.: 21-CR-3474-BAS

Attorney's Name: Bianca Calderon-Peñaloza   Phone No.: (619) 546-8573

Guideline Manual Used: November 1, 2018   Agree with USPO Calc.: No

Base Offense Level: USSG § 2D1.1(c)(1) - 19.89 kg Methamphetamine (actual)   38
  0

Specific Offense Characteristics: Importation of Methamphetamine USSG § 2D1.1(b)(5)   +2
  0
  0
  0
  0

Victim Related Adjustment: ___
Adjustment for Role in the Offense: ___
Adjustment for Obstruction of Justice ___
Adjustment for Reckless Endangerment: ___

**Adjusted Offense Level:**   40
(☐ Combined (Mult. Counts)  ☐ Career Off.  ☐ Armed Career Crim.)

Adjustment for Acceptance of Responsibility: [☒ Gov. Motion under § 3E1.1(b)]   -3

**Total Offense Level:**   37

Criminal History Score:   0
Criminal History Category: (☐ Career Offender  ☐ Armed Career Criminal)   I

Guideline Range:   from 210 mths
(Range limited by: ☐ minimum mand. ☐ statutory maximum)   to 262 mths
Departures:
USSG §5K3.1 - Fast Track   -4
  ___

Resulting Guideline Range: Adjusted Offense Level : 33   from 135 mths
  to 168 mths

**RECOMMENDATIONS: 96 months**(*after 39 month variance*), 3 years'
Supervised Release, $100 Special Assessment.**

As of this filing, the United States has not received a response from Defendant to support a recommendation for minor role or safety valve/First Step Act adjustments. Should Defendant seek and obtain a continuance of the June 27, 2022 sentencing hearing to provide information to meet the requirements for such adjustments, the United States may file a revised sentencing recommendation, if appropriate.

**After considering the § 3553(a) factors, the United States believes the recommended sentence is sufficient but not greater than necessary. PSR ¶¶ 5-8, 11, 38, 43-44, 54, 77-79.